WILLIAM P. WALTON et al., Respondents, *v.* ALBERT P. STEWART, Trustee, etc., Appellant.

(Submitted December 14, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 19, 1891, which affirmed a judgment in favor of plaintiffs entered upon an order of Special Term overruling a demurrer to the complaint.

*J. K. Hayward* for appellant.

*Charles H. Collins* for respondents.

Agree to affirm on opinion below.

All concur.

Judgment affirmed. _____

FREDERICK K. KELLER, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY, Appellant.

(Submitted December 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 12, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* and· *Brainard Tolles* for appellant.

*Edwin M. Felt* for respondent.

Agree to reverse and grant new trial on authority of *Roberts* v. *N. Y. E. R. R. Co.* (128 N. Y. 455).